UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re SIX INVESTIGATIVE SUBPOENAS ) <br> ) <br> Issued By ) <br> ) <br> COMMODITY FUTURES ) <br> TRADING COMMISSION ) <br> _____ ) | **FILED UNDER SEAL** <br><br> Miscellaneous No. <br> 1:22-mc-00061-APM |

**NOTICE OF PROVISION OF CUSTOMER NOTIFICATION
PURSUANT TO 12 U.S.C. § 3409(b)(3)**

On June 27, 2022, this Court entered an Order pursuant to Section 1109 of the Right to Financial Privacy Act ("RFPA"), 12 U.S.C. § 3409, granting the Application of the Commodity Futures Trading Commission ("CFTC") to delay for ninety (90) days the customer notification required under the RFPA with respect to six subpoenas seeking the financial records of certain individuals and a limited liability partnership ("Subpoena Subjects") (Dkt. #4).

On October 25, 2022, the Court entered an Order pursuant to 12 U.S.C. § 3409, granting the Motion of the CFTC to extend for an additional ninety (90) days, up to and including February 1, 2023, the Court's Order of June 27, 2022 (Dkt. #6).

On January 26, 2023, the Court entered an Order pursuant to 12 U.S.C. § 3409, granting the Motion of the CFTC to extend for an additional ninety (90) days, up to and including May 2, 2023, the Court's Order of October 25, 2022 (Dkt. #8).

The CFTC hereby gives notice to the Court that, on April 21, 2023, the CFTC provided notification, pursuant to Section 1109(b)(3) of the RFPA, 12 U.S.C. § 3409(b)(3), to each of the Subpoena Subjects that records or information concerning their financial transactions were obtained by the CFTC pursuant to subpoena and that notification had been withheld, pursuant to

a determination by the United States District Court for the District of Columbia, under 12 U.S.C. § 3409. Notification was provided by individual letters addressed to each Subpoena Subject respectively at their place of residence and, in accordance with 12 U.S.C. § 3409(b)(3), included a copy of the subpoena issued.

        Respectfully submitted,

        /s/ *Alan Edelman*
        _____
        Alan I. Edelman, DC Bar No. 375495
        Senior Trial Attorney
        Aimée Latimer-Zayets, DC Bar No. 476693
        Chief Trial Attorney
        Division of Enforcement
        Commodity Futures Trading Commission
        1155 21st Street, NW
        Washington, DC 20581
        Telephone: (202) 418-5000
        Facsimile: (202) 418-5523
        aedelman@cftc.gov
        alatimer-zayets@cftc.gov

Dated: April 21, 2023