# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re SIX INVESTIGATIVE SUBPOENAS ) | **FILED UNDER SEAL** |
| ) | |
| Issued By ) | **Miscellaneous No.** |
| ) | **1:22-mc-00061-APM** |
| COMMODITY FUTURES ) | |
| TRADING COMMISSION ) | |
| ) | |

## STATUS REPORT

The United States Commodity Futures Trading Commission has no objection to closing this matter.

Respectfully submitted,

*/s/ Cara Gardner*___

Cara Gardner

Government Attorney No. G04006
Trial Attorney
*cgardner@cftc.gov*

Aimée Latimer-Zayets
Chief Trial Attorney
*alatimerzayets@cftc.gov*

Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, NW
Washington, DC 20581
Telephone: (202) 418-5579 (Gardner)
Telephone: (202) 418-7626 (Latimer-Zayets)
Attorneys for Plaintiff

Dated: November 21, 2024



**RECEIVED**

NOV 21 2024

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia